IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>    v.<br><br>GILBERT G. LUNDSTROM,<br><br>    Defendant. | Case No.  4:14CR3136<br><br><br>**ORDER** |

Defendant has moved to continue the pretrial motion deadline, (filing no. 28), because the defendant and defense counsel need additional time to fully review the discovery received before deciding if pretrial motions should be filed. The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

    IT IS ORDERED:

1)    Defendant's motion to continue, (filing no. 28), is granted.

2)    Pretrial motions and briefs shall be filed on or before May 25, 2015, with any response by the government due on or before June 8, 2015.

3)    The evidentiary hearing set for May 20, 2015 is hereby stricken.

4)    The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and May 25, 2015, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because this case remains "unusual and complex," and continues to be exempted from the time restrictions of the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(B)(ii).

May 4, 2015.

BY THE COURT:

_Cheryl R. Zwart_
Cheryl R. Zwart
United States Magistrate Judge