# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA
# LINCOLN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 4:14-cr-03136-JMG-CRZ |
| | ) | |
| GILBERT G. LUNDSTROM, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Court has received the motion of the Department of Justice ("Plaintiff") and Gilbert G. Lundstrom ("Defendant") styled "Joint Motion To Extend Deadlines For Expert Witness Disclosures." The motion is GRANTED and the disclosure deadlines are reset as follow:

1. The deadline for parties to provide any affirmative expert disclosure is continued until September 14, 2015.

2. The current deadline for parties to provide any rebuttal expert disclosures is continued until September 28, 2015.

    It is so ordered.

August 26, 2015.

BY THE COURT:

*Cheryl R. Zwart*
Cheryl R. Zwart
United States Magistrate Judge