IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>GILBERT G. LUNDSTROM,<br><br>                Defendant. | 4:14CR3136<br><br>**ORDER** |

The three-week trial of this case is scheduled to begin on October 13, 2015. The government filed the following motions today:

    Filing No. 75:    Motion to Exclude Proposed Expert Testimony

    Filing No. 76:    Motion for Leave to File Subpoena for Books, Documents, or Objects

To avoid any trial delays,

IT IS ORDERED that Defendant's response to the government's motion shall be filed on or before October 5, 2015, in the absence of which the motions will be deemed unopposed.

September 30, 2015.

                                                                             BY THE COURT:

                                                                             *s/ Cheryl R. Zwart*
                                                                             United States Magistrate Judge