IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:14-CR-3136 |
| vs. | |
| GILBERT G. LUNDSTROM, | MEMORANDUM AND ORDER |
| Defendant. | |

This case is before the Court on matters related to the defendant's sentencing, scheduled for February 24, 2016 at 9:00 a.m. By February 12, 2016 at 5:00 p.m., the government shall provide to the defendant and the Court a detailed summary of the testimony or evidence it intends to adduce at sentencing with respect to loss calculation, restitution, and forfeiture. By February 18, 2016, the defendant may, but is not required to, make any further written submissions to the government and the Court with respect to loss calculation, restitution, and forfeiture. The Court, on its own motion, schedules a telephone status conference call on February 17, 2016 at 10:00 a.m. CST. The Court will issue its tentative findings no later than February 18, 2016.

Dated this 8th day of February, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge