IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 4:14-CR-3136 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| GILBERT G. LUNDSTROM, | |
| Defendant. | |

This matter is before the Court on the plaintiff's Motion to Release Garnishment (filing 272). That motion will be granted.

IT IS ORDERED:

1. The plaintiff's Motion to Release Garnishment (filing 272) is granted.

2. The garnishment against UBS Financial Services Inc., 5800 Hidcote Dr., Suite 200, Lincoln, NE 68516 (filing 250), is released.

Dated this 24th day of April, 2017.

BY THE COURT:

John M. Gerrard
United States District Judge