IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>GILBERT G. LUNDSTROM,<br><br>        Defendant. | 4:14-CR-3136<br><br>ORDER |

Pursuant to 18 U.S.C. § 3664(k), upon receiving a "notification of a material change in the defendant's economic circumstances" the Court may "adjust the payment schedule . . . as the interests of justice require." The parties to these cases have agreed that, due to changed economic circumstances, the defendant's restitution obligations should be made immediately due and payable.

IT IS ORDERED:

1. The parties' Amended Stipulation and Joint Motion for Amendment of Order Regarding Restitution Owed by Defendant Lundstrom (filing 293) is granted.

2. The parties' Stipulation and Joint Motion for Amendment of Order Regarding Restitution Owed by Defendant Lundstrom (filing 292) is denied as moot.

- 2 -

3. The balance of the defendant's restitution obligation is due and payable immediately, and the government may enforce that obligation by appropriate garnishment.

4. The restraints on distribution and dissipation imposed by the Court's previous order (filing 291) shall remain in place until the government moves for release of garnishment against the FDIC.

5. The remaining provisions of the Court's orders on restitution shall remain in effect.

Dated this 20th day of July, 2021.

BY THE COURT:

John M. Gerrard
United States District Judge